UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL FICKEY, et al.,

    Plaintiffs,

v.                                          CASE NO. 8:15-cv-2621-T-23MAP

ROYAL PET MARKET & RESORT,
PINELLAS LLC, et al.,

    Defendants.
_____/

**ORDER**

    A June 17, 2016 order (Doc. 32) refers the plaintiff's motion (Doc. 31) for an array of relief, including conditional certification of a collective action, to Magistrate Judge Mark A. Pizzo for a report and recommendation. On June 21, 2016, Magistrate Judge Pizzo recommended (Doc. 33) granting the motion. More than seventeen days has passed, and no party objects.

    Accordingly, the report (Doc. 33) is **ADOPTED**, and the motion (Doc. 31) is **GRANTED**. The conditionally certified class comprises each overnight attendant (1) employed at the defendants' Palm Harbor or Carrollwood location from a day three years before the day the notice is sent until and including the day notice is sent and (2) who worked in a week both overtime and an overnight shift but did not receive an overtime rate that accounted for the nighttime premium. No later than

**JULY 25, 2016**, for each putative collective action member, the defendants must produce the full name, the last known address, and the telephone number. The parties must submit a revised notice correcting the deficiencies addressed in the report. After approval of the revised notice and the consent-to-join, the plaintiff's counsel must mail the revisions to each putative class member. No later than twenty-eight days after the day the notice and the consent-to-join are mailed, the plaintiff's counsel must file each executed consent-to-join.

ORDERED in Tampa, Florida, on July 11, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE