UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL FICKEY, and all
others similarly situated,

      Plaintiff,

      v.                                    Case No. 8:15-cv-2621-T-23MAP

ROYAL PETS MARKET & RESORT,
PINELLAS LLC, a Florida Limited Liability
Company, *et al*.

      Defendants.
_____/

## **REPORT AND RECOMMENDATION**

The District Judge previously conditionally certified a collective action, provided that the parties submit – and the Court approve – a revised notice that (1) reflects a three-year period from the date that it is sent (i.e., July 2013), and (2) informs potential opt-in plaintiffs that if they do opt-in and are unsuccessful on the merits of their claim, they may be responsible for Defendants' costs (docs. 33, 34). The parties have now submitted a proposed notice that conforms to these requirements (doc. 35-1). Accordingly, it is RECOMMENDED:

1. The Court APPROVE the revised notice and DIRECT Plaintiffs' counsel to mail the notice to each putative class member.

IT IS SO RECOMMENDED in Tampa, Florida on August 17, 2016.

*/s/ Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.