UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIEL FICKEY, et al.,

    Plaintiffs,

v.                                          CASE NO. 8:15-cv-2621-T-23MAP

ROYAL PET MARKET & RESORT
PINELLAS LLC, et al.,

    Defendants.
_____/

**ORDER**

    A July 11, 2016 order (Doc. 34) conditionally certifies a collective action and orders the parties to submit a revised notice (1) that identifies the employees eligible for participation in the collective action and (2) that informs each potential opt-in plaintiff that an opt-in plaintiff in an unsuccessful collective action might incur liability for the defendants' costs.

    The magistrate judge in his report and recommendation (Doc. 38) finds that the proposed notice to opt-in plaintiffs (Doc. 35-1) complies with the July 11, 2016 order (Doc. 34). No party objects. The report and recommendation (Doc. 38) is

**ADOPTED**, and the proposed notice (Doc. 35-1) is **APPROVED**.  The plaintiffs are **DIRECTED** to mail the notice promptly to each putative class member.

ORDERED in Tampa, Florida, on September 7, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE