IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

Case No.: 8:15-cv-2621-T-23MAP

DANIEL FICKEY, and all
others similarly situated,

    Plaintiff,

vs.                                                  **Collective Action**

ROYAL PETS MARKET & RESORT,
PINELLAS LLC, a Florida Limited
Liability Company, and ROYAL PET
MARKET & RESORT, LLC,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a), Defendants through undersigned counsel hereby notifies the Court that this matter has been resolved as to all Plaintiffs. The Parties are continuing to negotiate attorneys' fees and will file a settlement agreement and motion to approve settlement and dismiss this matter on or before November 18, 2016.

*/s/Robert Blanchfield*
Robert E. Blanchfield, Esq.
E-Mail: bob@blanchfieldlawfirm.com.
ROBERT BLANCHFIELD, P.A.
Florida Bar: 0361800
127 West Fairbanks Ave.
Suite 272
Winter Park, FL 32789
Tel.: (407) 497-0463
Fax: (407) 386-8022
Counsel for Defendant

Dated: November 1, 2016

## Certificate of Service

  I hereby certify that on November 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which, in turn, shall provide electronic notice to all counsel of record in this matter.


                *s/Robert Blanchfield*
                Robert Blanchfield